Tamera C. Shanker (Bar # 016016)
THE SHANKER LAW FIRM, PLC.
700 E. Baseline Road, Bldg. B
Tempe, Arizona 85283
Phone: (480) 838-9300
Facsimile: (480) 838-9433
info@shankerlaw.net

Bennet G. Kelley (CA Bar # 177001)
*Pro Hac Vice Forthcoming*
Internet Law Center, Ltd.
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
Phone: (310) 452-0401

Attorneys for Defendants Platinum LED Lights, LLC; Mark Sawyer; Michael Volkin; and Volkinator Enterprises, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Scott Chaverri, an individual; and Mito Red Light, Inc., an Arizona Corporation

Plaintiffs,

v.

Platinum LED Lights, LLC; a Florida limited liability company; Mark Sawyer and Jane Doe Sawyer, individuals; Michael Volkin and Jane Doe Volkin, individuals; and Volkinator Enterprises, Inc., a California corporation

Defendants.

Case No. 2:21-cv-01700-SPL

**DECLARATION OF MICHAEL VOLKIN**

I, MICHAEL VOLKIN, declare as follows:

1. I am a defendant in this action. The matters set forth in this declaration are known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I produced the YouTube video, “Exposed! MitoRed 1500 Red Light Therapy” found at <https://www.youtube.com/watch?v=MaiKfk6chuY&t=1s>. Attached as Exhibit A is a true and correct copy of a transcript I made of the audio portion of the video.

3. Attached as Exhibiti B is a true and correct copy of the blog post *Mito Red Light Therapy Scam: What Are They Lying About?* Posted at <https://redlighttherapyexposed.com/mito-red-light-therapy/>.

4. Attached as Exhibit C is a true and correct copy of “MYTH BUSTED: SETTLING THE 3-WATT VS 5-WATT LED DEBATE,” posted at <https://platinumtherapylights.com/blogs/news/myth-busted-settling-the-3-watt-vs-5-watt-led-debate>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 12, 2021, in Indian Wells, California.

Michael Volkin

**Michael Volkin**

# EXHIBIT A



| Start Time | Screen Shot | Transcript |
|---|---|---|
| 00:01 | | Hi everyone. This is Jeremy with another red-light therapy review. And as many of you know who follow me, I am a red-light therapy expert. I break down various products, check their quality, validate their claims and test various models in manufacturers side-by-side. Today, we'll be evaluating the MitoRed pro series model 1500. |
| 00:22 | | There's a control panel there.  Currently sells for $1,149 and measures 41 inches in length and 9.5 inches in width. |
| 00:34 | | The framing construction is similar to the platinum led Biomax, which if you're familiar with my videos, it is the benchmark to which all of the red light therapy companies are held. The Biomax came out a couple of years later, MitoRed literally ripped off their design. Uh, so be that as it may, you may not like that, but it is, it is what it is. It's a part of the high-tech industry. |
| 00:54 | | And, um, you know what leaders come first and then all the followers might've read here is the follower.  They literally took the framing construction of the platinum led lights and just changed the logo on the side. Other than that, it's the exact same as far as a construction standpoint. |

| Start Time | | Transcript |
|---|---|---|
| 1:12 | uh is the power and what i don't like right off the bat | Where MitoRed falls short though, compared to Platinum, uh, is the power. And what I don't like right off the bat about MitoRed is the warranty. |
| 1:22 | it's actually two so right off the bat i am suspect of | They claim on their product page, that it is three years, which matches platinum warranty. But if you look at the MitoRed's policy page, it's actually two. So right off the bat, I am suspect of their policies. |
| 1:35 | MITOPRO 300 MITOPRO 750 MITOPRO 1500 right here on the website you can see that they are claiming | Right here on the website, you can see that they are claiming the lights are five watt diodes, but let me, uh, take this apart and I'll show you where the problem is. |
| 1:47 | out there that can just buy a whole bunch of these | Okay. So this is what it looks like. Uh, just assembled. I went ahead and took off the cover, nuts and bolts. All that stuff is over here. Um, just to show you were still working with the MitoRed. You can see the logo here in the side. Um, this will probably void my warranty, but that's okay. Um, my goal here is just being able to educate you guys. This is really expensive. Um, you know, red light therapy is not cheap and there's not a lot of people out there that can just buy a whole bunch of these and just take them apart. |

| Start Time | | Transcript |
|---|---|---|
| 2:17 | | Um, so as you can clearly see here, the bulbs are three watt, not five watt as identified on their website. Uh, you can tell the difference because there is only one chip to this chip here, right here. There's a little, one little square chip in the center, uh, and a 5 watt should have two, uh, this is a blatant lie on their website and just further proof of the scams that you see in the red-light industry. |
| 2:42 | | So what we have here is a ripped off design with subpar components. So they're trying to pass themselves off as a, you know, a platinum led, which is the most powerful light in the market by my testing. And they're trying to give the appearance that they have that capability, but you can see it is clearly not the same thing, hopefully from a legal perspective, then they will get caught. But I won't be the one to take on that battle. Let me just say that this is not, there's no paid promotion on this YouTube channel. I don't accept payment from any, any, uh, company. I will accept a free light. I will not, uh, provide a biased review just because the light is free. All right. So I wanted to throw that out there. |
| 3:25 | | Um, now what I want to do next is I want to put this back together and I want to check out the intensity of the light so we can compare the actual intensity on the skin itself to see the effectiveness of the product. Okay. So what I'll be using to measure the iridescence is the Tenmars solar power meter TM206. Here's a unit right here on MitoRed's website. They have measurements for six inches out from the unit. So that is where I will place my measurement. |

| Start Time | Screen Shot | Transcript |
|---|---|---|
| 4:01 | | So here you can see the solar meter and what I've done is I've put it at six inches out from the tape measure. I have it also set at Watts per meter squared. Okay. Now the website, I don't know if they do this to be confusing, but has those centimeters, so we're going to do a quick calculation, but as you can see, it's showing about 502 Watts per meter squared. So let's go over to the website and see what six inches out shows as a reading. |
| 4:33 | | So here's what the website shows iridescence at six inches, uh, milliwatts per centimeters squared. So we'll just do that calculation. Um, we on the solar meter measured at Watts per meter squared at 500. Uh, if we divide by 10, which would be 50, we would get milliwatts per centimeter squared, which is what this website is showing. So we're getting 50 milliwatts per centimeter squared when the website reports 135 milliwatts per centimeter squared. So they are, under-reporting considerably two thirds of what they're saying. Uh, further proof that MitoRed is a product that you should avoid. All right. Thank you very much for watching. |

# EXHIBIT B



# Mito Red Light Therapy Scam: What Are They Lying About?

By Jeremy Spencer / May 24, 2021 / Red Light Therapy, Reviews / Leave a Comment

Reading Time: 4 minutes

When it comes to the bright light therapy industry, there are some brands that stand out more than others such as Beurer, Northern Light, Mito Red Light Therapy, Platinum Therapy Lights, Carex, Celluma, Joov, Verilux, etc. All of them boast of providing the best light therapy devices available in the market. And in recent times, light therapy, especially red light therapy has become really popular among people for its numerous benefits, in fact, light therapy has become revolutionary in the world of therapies. And these brands have played a huge role in this from their respective places.

However, are all of these brands exactly what they claim to be? Do all of them provide quality light therapy devices the way they market themselves? These brands are trusted by a huge number of customers but do these brands operate well enough to maintain their trust? As we speak, not all of these brands do that.

There are some that sell products not as good as they claim to be. Not only that, they are being sketchy while selling those devices too. One such brand is Mito Red Lights. Here we will discuss the scams Mito Red Lights is conducting, things that they are lying about. If you are a customer of Mito Red Lights and bought light therapy devices from them before, you will probably be able to relate to this.

Search ...

## Recent Posts

LightStim for Wrinkles Review: Real Buyer's Experience!

Planet Fitness Red Light Therapy Review

Tanda Light Therapy Review: Expectation Vs. Reality

Trophy Skin Brightenmd Review: Common Misconceptions!

Revive Light Therapy Review in 2021: Advantages & Disadvantages!

Beauty Angel Rvt 30 Review: Expectations vs. Reality

## Top Categories

Light Therapy (6)

Red Light Therapy (13)

Red light therapy devices (4)

Reviews (14)

Therapy Devices (3)

But before knowing about what wrong things they have done, let's know about the brand first. If you are a new user of light therapy devices, this might help you to know about them. Let's have a brief overview of them before diving into how they are scamming their customers.

Table of Contents 

# Overview of Mito Red Lights

As said earlier, Mito Red Lights has a very strong presence in the industry. Their devices are among the most popular ones in the market, and among the top-rated ones too. They sell red light therapy devices mainly, but as red light is the most demanded one among all types, it works just fine for them. Most people go for red light therapy devices anyway, since most mito red light benefits you will hear of light therapy are provided by red light therapy, such as helping you with muscle building and recovery, different pains and injuries, sleeping problems, skin problems, etc.

Mitro Red Lights boasts of their devices being powerful, affordable, and effective. They talk about the strength of their devices a lot, and if you make inquiries about their devices, you will see all their devices are said to emit really strong light. And you should know that the strength of light is really important in red light therapy, as these devices try to mimic sunlight by using red light for the users. The main goal is to try and generate the same type of hormones and reactions in the body that sunlight can do.

Mito red lights devices are affordable, as the prices are well within budget. However, affordable doesn't always mean good. So, they vouch for their effectiveness too. They guarantee the power of passing professional diagnostic tests. And the FDA has approved their devices as FDA Class II Medical Devices to back their claim. But keep in mind that FDA approval doesn't prove the strength of their devices or effectiveness. It just means they are safe to use, but most light therapy devices are safe to use anyway, as light therapy technology is one of the safest options for therapy.

Mito Red Lights have released red light therapy devices dividing into four different series. These series are Mito RED Original Series, Mito Portable Devices, Mito MOD Series, and Mito PRO Series.

# The Scams Of Mito Red Lights

Now let's look at the ways Mito Red Lights is scamming their customers. Let's look at the way they are being sub-par compared to their competitors in the industry despite claiming to be one of the best.

## Irradiance and strength of Light

If you are a user of Mito Red Light Therapy devices, you might have felt that the light isn't as strong as it is claimed to be. The strength of light is really important in red light therapy, and the results hugely matter based on that. But Mito Red Lights aren't providing the same strength as they said. Especially in the Mito Pro 1500 device, which is one of their most popular and most bought ones, it can be shown explicitly.

The device is said to provide a certain strength of light by using 5-watt chips in the light, but after dissecting the device, you will see that cheap 3-watt chips have been used in that light. Which makes the device way weaker, and cheaper too. So, the customers are getting a lot less than they paid, and getting brutally scammed.



## Sketchy Warranty

Even though Mito Red Lights claim to provide a certain amount of warranty for their devices which is up to 3 years, at times their policy page on the websites says otherwise about the warranty of each product. This will make you confused about the actual time of the warranty, and you might just get scammed while you want to redeem the warranty after years of buying it. They might not provide the full warranty after all, by showing you the loopholes they created in their website.

## Design

The design of the Mito Red Lights devices is not unique either, they mostly take the designs of their competitors' devices and then use that in their own devices. And they are not providing the customers with anything new with an act like that.

## Final Words

So, this is how Mito Red Lights is lying to their customers about their products and scamming them big time. SO, if you have been using their products, you can try changing your brand. And if you are a new user of light therapy devices, look for your preferred devices in other brands.

← Previous Post                                                                 Next Post →

## Leave a Comment

Your email address will not be published. Required fields are marked *

Name*

Email*

Website

Save my name, email, and website in this browser for the next time I comment.

Post Comment »

Given the vast array of red light therapy products and the huge difference in quality from manufacturer to manufacture, RLT aims to dispel the myths that encompass the red light therapy industry.

## Quick Links

Contact
Videos
Privacy Policy

## Top Categories

Reviews
Red Light Therapy
Red light therapy devices
Therapy Devices

## Top Rated Posts

LightStim for Wrinkles Review: Real Buyer’s Experience!
Planet Fitness Red Light Therapy Review
Tanda Light Therapy Review: Expectation Vs. Reality

Copyright © 2021 Red Light Therapy Exposed

# EXHIBIT C

0% INTEREST FINANCING AVAILABLE - Free Shipping to all USA - Worldwide Shipping Options! - CLICK HERE FOR SHIPPING STATUS

( 0 )

# MYTH BUSTED: SETTLING THE 3-WATT VS 5-WATT LED DEBATE

OCTOBER 2020

With red light therapy exploding in popularity as a treatment for hundreds of conditions, and results backed by thousands of independent studies, the market is more flooded than ever with choices in LED panels. Some are good quality; many, however, are not.

To complicate things further, a lot of misinformation is floating around about light wattage and power output. Specifically, many companies claim to use higher wattage LED bulbs in their devices to produce more light energy and yield better results. The problem with this claim is that higher wattage LEDs don't always produce more light energy.

Even worse, many therapy light companies lie about the components they use. For example, they'll claim to use a 5-watt (W) bulb, when they actually use a 3-watt bulb. And they often get away with it, because most consumers don't know the difference between 3 watts and 5 watts.

This blog post will give you everything you need to know in order to make an educated decision. You'll learn:

- Why 3W LEDs are better than 5W LEDs for red light therapy panels;
- Why most companies who claim to use 5W LEDs are simply lying; and
- How to identify 3W and 5W LED bulbs just by looking at them.

## Why More LED Wattage Isn't Better?

Power output is one of the most important specifications to look for when shopping for a light therapy panel. If everything else is equal, a more powerful therapy panel will give you better results, more quickly.

It makes sense, then, that every light therapy panel company wants to claim that their devices are the most powerful on the market. One tactic they use in making this claim is marketing panels with higher wattage bulbs.

For example, many companies now claim to use 5W or even 10W LEDs in their panels instead of the widely accepted 3W components.

And from a marketing angle, this makes sense: "More must be better"—right? After all, a 100W bulb is brighter than a 60W bulb. Some companies even claim to use 10W or higher LEDs, which is absolute nonsense. Here's why:

### As LED Wattage Increases, Efficiency Decreases

It's a well-known fact that the smallest LED bulbs are also the most efficient. In fact, one widely cited study by researchers at the Massachusetts Institute of Technology (MIT) demonstrated that an extremely small LED bulb can emit even more power than it consumes. In the study, the researchers powered a small LED bulb with 30 picowatts of power, and measured an output of 69 picowatts of light—an efficiency rating of more than 230 percent.

In fact, as the researchers concluded, "The device's wall-plug (i.e., power conversion) efficiency is inversely proportional to its output power." In other words, as an LED's output power increases, the efficiency decreases

But overall efficiency patterns don't tell the whole story. As LED lights get larger, their efficiency curves change as well. Smaller lights typically have flatter, more even efficiency curves compared with larger LEDs.

Let's take a look at an example. This graph shows a simplified efficiency curve for an electric light.



As you can see, the light output increases relatively evenly at the beginning of the curve, but rapidly increases as you get closer to the LED's maximum light output. (Check out Figure 1a from the MIT study cited above for a more detailed example.)

This pattern is even more extreme with larger LEDs. If you compare a 3W and 5W light, for example, the efficiency curve comparison would look something like this:



As the diagram shows, a 3W LED is actually more efficient than a 5W LED over most of the operating range. Of course, if you power—or drive—a 5W bulb all the way to maximum power, it will provide more light output than the smaller LED. However, most LEDs are NOT used at maximum capacity because of one very important byproduct of light: heat.

**Light Therapy Panels Aren't Driven at Maximum Capacity**

The heat produced by an LED bulb follows the same curve as the light output. It increases exponentially near the top of the bulb's power output.

For this reason, every light therapy panel on the market is only driven at a fraction of their maximum capacity.  For example, a panel rated at 900 watts might only use 450 watts of electricity from your outlet (though the exact wattage used depends on the color and wavelength of light produced). You can confirm this with a kilowatt meter. As you get close to the maximum wattage rating for your panel, you'll start to see potential issues: They'll produce excessive heat, won't last as long, and will require expensive internal circuitry and other components.

So, to compare the difference between a 3W and 5W LED bulb accurately, you need to compare them at an absolute max of 60 to 65 percent of their total capacity, not the maximum rated wattage. And when you compare them on even terms, the 3W light actually produces more light with less heat and greater reliability.



Overall, 3W lights are the superior option for three reasons:

Overall, 3W lights are the superior option for three reasons:

1. They run cooler than a 5W LED that produces the same light output;
2. Lower heat also leads to better reliability and safety, and lower cost than a comparable 5W LED; and
3. 3W LEDs actually produce more light energy under real-world conditions.

### The Truth About 5W Panels Being Sold Today

Despite the science, many companies are still jumping on the 5W therapy light bandwagon. They'll take a common panel size—say, 900W—and just use fewer bulbs to make up the overall wattage number. Instead of using 300 3W LEDs like we do in our BIO and BIOMAX series, they'll use 180 5W bulbs.

Remember that the label describes the maximum power consumption of the lights. It's not a rating of what the panel will consume during everyday usage. As we mentioned earlier, a 900W panel will only consume a max of 585W.

In fact, all of the panels we've seen using 5W LEDs consume less power than comparable 3W models. They also produce less light energy, also known as irradiance. We know because we've tested comparable models using a simple solar power meter.

We run the tests by turning each panel on and measuring irradiance at a few standard distances from the panel, including six inches and 12 inches. Here are the results:

| | Platinum LED BIOMAX 900 | MitoRed 900W Panel Using 5W LEDs |
|---|---|---|
| Irradiance at 6" from the light | 135 mW/cm2 | 103 mW/cm2 |
| Irradiance at 12" from the light | 115 mW/cm2 | 79 mW/cm2 |

As you can see, while 5W bulbs might sound great from a marketing perspective, they actually produce less irradiance than 3W panels during daily usage. Irradiance is the most important measure of a light panel's power because it's the light energy that your body will actually absorb. **Your cells don't care what your panel is made of. They simply respond to energy.**

By the way, you don't have to take our word for it. You can run these tests at home. Here's the power meter we use: Tenmars TM-206

MR 900 Irradiance at 6" MR 900 Irradiance at 12"

### Beware Fake 5W Panels

Despite the fact that 5W bulbs aren't as effective as 3W bulbs, some companies are claiming to use 5W bulbs, but using 3W bulbs instead. You'll typically see this from small LED resellers who have caught on to the therapy light trend and want to cash-in without investing in research and development.

These resellers just find specs that sound impressive, and count on the ignorance of consumers when shipping the product. But we'd like

These resellers just find specs that sound impressive and count on the ignorance of consumers when shipping the product. But we'd like to show you the difference. Check it out for yourself in the photographs below.

The biggest giveaway between 5W and 3W bulbs is the design of the light-producing semiconductor chips. Most light therapy LED bulbs come in two variations: single- and dual-chip. (Some LEDs have more, but we haven't seen them used in a therapy panel.) The chip is basically the source of light; power runs through it and creates light waves.

You can tell the difference between a single- and dual-chip LED simply by looking at them. Here are two examples:

Look at the rectangles in the middle of each bulb. The bulb on the left has a single chip, while the bulb on the right has two.

Either design can be used to create a 3W or 5W bulb, but 5W bulbs typically use a dual-chip design. That's because dual-chip designs can produce a lot of power in a relatively small form factor. For reference, a 5W double-chip bulb can be about the same size as a 3W single-chip bulb. The only possible way to have a 5W single-chip bulb is to increase the size of the casing, or "package." There is no other option.

We've examined every therapy panel on the market, and many panels that claim to use 5W bulbs use small, single-chip LEDs. There is no way they could possibly produce 5 watts of energy from each bulb.

### Wattage Doesn't Matter. Irradiance Does.

**You will never see PlatinumLED claiming to have the highest wattage lights,** ***because those numbers don't matter.***

PlatinumLED has always been driven by quality and value, and for this reason, we design and manufacture our own lights. Unlike our competition, we are not resellers. We design and manufacture every panel with our customers' benefits in mind.

This is why you can trust PlatinumLED as the global leader in LED therapy lights. When we say we offer the highest irradiance, it's because we use lights that are scientifically proven to deliver the maximum light energy output *safely and effectively.*

When we say that our BIOMAX panels offer the most widely studied wavelengths with the greatest therapeutic value, it's because we researched the benefits and deliberately chose each specific wavelength, delivered in a specific ratio for maximum benefit.

When we say that we use 3W bulbs, it's because they're proven to work and to give you the longest-lasting panels and the best light output.

The same cannot be said by a company claiming to offer panels that feature nonexistent 5W LED bulbs. If they're not truthful about that, what else aren't they telling you? Remember the wise principle, *caveat emptor* … which means "let the buyer beware."

Share

← Back to blog

BIOMAX Series
BIO Lights
How it Works

Call Us Toll Free: 844-533-4769 (Support hours: 9a-5p PST, M-F)

Multi-Light Setup

BIOMAX Mounting Systems

## RESOURCES

Contact Us

Warranty/Returns

Privacy Policy

Terms of Service

DMCA Notice

Refund policy

Our products are not intended to diagnose, treat, cure, or prevent any disease. Our products are low-risk, general wellness / fitness products in accordance with the “General Wellness: Policy on Low Risk Devices” draft released January 20, 2015.

© 2021, PlatinumLED Therapy Lights



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Declaration |
| **File Name** | Volkin Declaration.pdf |
| **Document ID** | cf8f5f74b310422384229a53ada5f18a |
| **Fingerprint** | 9201b35e1e08d74a7ee483be14d92c32 |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Bennet Kelley (bkelley@internetlawcenter.net)<br>Fingerprint: 9201b35e1e08d74a7ee483be14d92c32 | Oct 12 2021<br>11:32AM<br>America/Vancouver |
| **Document Sent** | Document Sent to Michael Volkin (mike@mikevolkin.com) | Oct 12 2021<br>11:32AM<br>America/Vancouver |
| **Document Viewed** | Document Viewed by Michael Volkin (mike@mikevolkin.com)<br>IP: 107.77.231.235 | Oct 12 2021<br>11:36AM<br>America/Vancouver |
| **Document Viewed** | Document Viewed by Michael Volkin (mike@mikevolkin.com)<br>IP: 204.85.30.70 | Oct 12 2021<br>11:36AM<br>America/Vancouver |
| **Document Viewed** | Document Viewed by Michael Volkin (mike@mikevolkin.com)<br>IP: 64.90.64.196 | Oct 12 2021<br>11:36AM<br>America/Vancouver |
| **Document Signed** | Document Signed by Michael Volkin (mike@mikevolkin.com)<br>IP: 107.77.231.235 | Oct 12 2021<br>11:37AM<br>America/Vancouver |
| **Document Completed** | This document has been completed.<br>Fingerprint: 930b7a381da8e75d57aaf2b6782c5b64 | Oct 12 2021<br>11:37AM<br>America/Vancouver |

Processed by eversign