**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Daniel R. Warner, Esq. (AZ Bar # 026503)
Email: Dan@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# OF THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Chaverri, an individual; and Mito Red Light, Inc., an Arizona Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>Platinum Led Lights, LLC, a Florida limited liability company; Mark Sawyer; Jane Doe Sawyer, individuals; Michael Volkin; Jane Doe Volkin, individuals; Volkinator Enterprises, Inc., a California corporation,<br><br>Defendants. | **DECLARATION OF RAEESABBAS MOHAMED IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

I, Raeesabbas Mohamed, declare as follows:

1. I am counsel for the Plaintiffs in this action, and I am authorized to make this declaration, all of which is based on my personal knowledge.

2. On September 28, 2021, at 11:59 pm, Bennet Kelley, counsel for Defendants, emailed me a letter unilaterally demanding Plaintiffs to "dismiss this action with prejudice" by October 5, 2021 ("Letter"). A true and accurate copy of the letter is attached hereto as **Exhibit A**.

3. The Letter failed to sufficiently identify issues that the Motion later introduced for the first time. For example, the Letter identifies only three factual allegations from the Complaint - ¶¶ 45(b), 59(c), and 65. *Id.*  At no point did the Letter request to meet

1

and confer about the alleged deficiencies, nor did it propose to amend the First Amended Complaint.

4.  I received the Letter two days prior to my pre-planned vacation, which I left for on Friday, October 1, 2021 and did not return from until Monday, October 11, 2021. For the two days preceding my pre-planned vacation, I was unable to analyze the Letter, discuss it with Plaintiffs, or discuss it with Defendants' counsel. On October 5, 2021, my paralegal, Anne Griffith, informed Mr. Kelley that I was "on vacation traveling and [would] not be able to review and discuss [Defendants'] letter with our client until next week." A true and accurate copy of this email is attached hereto as **Exhibit B**.

5.  Mr. Kelley never responded and otherwise failed to confer on the Motion.

6.  On Monday October 18, 2021, I explained to Mr. Kelley that he failed to comply with LR 12.1, as he was "required to (1) notify 'the opposing party of the issues asserted in the motion,' and (2) the parties must be 'unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party.' L.R.Civ. 12.1(c)." A true and accurate copy of this email is attached hereto as **Exhibit C**.

7.  Pursuant to 28 U.S.C. § 1746 and Ariz.R.Civ.P. 80(i), I declare under penalty of perjury under the laws of the United States of America, in addition to Arizona law, that the foregoing is true and correct.

EXECUTED ON: October 21, 2021.

By: Raeesabbas Mohamed, Esq.

