# EXHIBIT C

**Re: Mito Red Light, Inc. v. Platinum LED Lights et al.**

Raees Mohamed <raees@rmwarnerlaw.com>
Tue 10/19/2021 3:35 PM
To: Bennet Kelley <bkelley@internetlawcenter.net>
Cc: Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.net <info@shankerlaw.net>

There's no hide-the-ball tactic here. I am fine litigating this case in federal court. We're not seeking remand. The 10 days is to allow us time to address your points in the motion, and identify the proposed amendments, without motion practice.  I think it's more than reasonable. If you're not going to agree, just let me know, but I need to know today.

**Raees Mohamed, Esq.**
**Partner**
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,
Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** Bennet Kelley <bennetkelley@outlook.com> on behalf of Bennet Kelley <bkelley@internetlawcenter.net>
**Sent:** Tuesday, October 19, 2021 3:25 PM
**To:** Raees Mohamed <raees@rmwarnerlaw.com>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.net <info@shankerlaw.net>

**Subject:** RE: Mito Red Light, Inc. v. Platinum LED Lights et al.

But you need 10 days to do so? That was the giveaway.

That sounds more like you want to have your petition to remand filed before having to file your opposition.

Very truly yours,

# *Bennet G. Kelley*

Internet Law Center
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
(p) (310) 452-0401
(c) (310) 403-7741
(f) (702) 924-8740
(Skype) bennet.kelley
www.internetlawcenter.net
Tw: @InternetLawCent

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

---

**From:** Raees Mohamed <raees@rmwarnerlaw.com>
**Sent:** Tuesday, October 19, 2021 3:10 PM
**To:** Bennet Kelley <bkelley@internetlawcenter.net>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.net
**Subject:** Re: Mito Red Light, Inc. v. Platinum LED Lights et al.

That is not what I am saying. Meet and confer requires the parties to engage in a process to determine whether amendment will cure or whether a motion will still be filed, even after the amendments are made. The point is not to simply file the amendments, but to engage in a meaningful discussion beforehand. Otherwise, there would be no point to LR 12.1, because parties would just rely on Rule 15(a)(1) and 12(b) motions would still be inevitable.  As I stated before, your letter is not your motion, and does not raise the same scope of issues. We're seeing the issues being raised for the first time in your Motion (which again, defeats the purpose of LR 12.1). Does this answer your questions? This is my proposal to resolve the issues resulting for failing to meet and confer.

**Raees Mohamed, Esq.**
**Partner**
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,

Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Bennet Kelley <bennetkelley@outlook.com> on behalf of Bennet Kelley <bkelley@internetlawcenter.net>
**Sent:** Tuesday, October 19, 2021 2:56 PM
**To:** Raees Mohamed <raees@rmwarnerlaw.com>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.com <info@shankerlaw.com>
**Subject:** RE: Mito Red Light, Inc. v. Platinum LED Lights et al.

My question is you have our brief and you are telling me you need 10 days just to tell me if you'll amend (which is over a month after my first letter).  I would think at this point you would know.  Am I missing something?

Very truly yours,

## Bennet G. Kelley

Internet Law Center
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
(p) (310) 452-0401
(c) (310) 403-7741
(f) (702) 924-8740
(Skype) bennet.kelley
www.internetlawcenter.net
Tw: @InternetLawCent

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**From:** Raees Mohamed <raees@rmwarnerlaw.com>
**Sent:** Tuesday, October 19, 2021 2:48 PM

**To:** Bennet Kelley <bkelley@internetlawcenter.net>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.com
**Subject:** Re: Mito Red Light, Inc. v. Platinum LED Lights et al.

I am following up again. Are we going to be able to resolve this per my stipulation in my email below (pasted again here):

> Please let me know if you agree to the following stipulation, and if so, we will prepare it and circulate for your signatures:
> (1) Motion is deemed withdrawn and moot until the parties confer and agree as to whether any amendments can cure the alleged defects; (2) unless you have more to add, I will use your Motion as the guide for the alleged defects in the FAC; and (3) I will provide a written response to the issues identified in the Motion and/or the proposed amendments to be made, on or before Oct. 29, and you can re-file your motion to dismiss thereafter, if the issues remain.

**Raees Mohamed, Esq.**
Partner
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,

Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Raees Mohamed <raees@rmwarnerlaw.com>
**Sent:** Tuesday, October 19, 2021 8:49 AM
**To:** Bennet Kelley <bkelley@internetlawcenter.net>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.com <info@shankerlaw.com>

**Subject:** Re: Mito Red Light, Inc. v. Platinum LED Lights et al.

Please let me know if you agree, so that we can proceed accordingly. Thanks

**Raees Mohamed, Esq.**
**Partner**
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,

Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Raees Mohamed <raees@rmwarnerlaw.com>
**Sent:** Monday, October 18, 2021 3:42 PM
**To:** Bennet Kelley <bkelley@internetlawcenter.net>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.com <info@shankerlaw.com>
**Subject:** Re: Mito Red Light, Inc. v. Platinum LED Lights et al.

Thank you for your response. The prejudice at present is that we have a motion to dismiss to respond to, which will incur fees and a delay, which could have been avoided either altogether or in part if a proper M&C occurred. The letter alleges extremely limited issues, e.g. ¶¶ 45(b), 59(c), and 65.  Your letter is terse with respect to the alleged issues related to the tortious interference, false light, and intentional infliction of emotional distress. Your letter fails to address the substantive Lanham Act, aiding and abetting, or conspiracy alleged issues altogether.  On the other hand, your Motion spends almost 7 pages on Lanham Act arguments, and references substantially more of the averments in the Complaint. What you should have done is first provide a complete list of issues that you only later identified in your Motion, then agree upon a time in which to address them by amendment.

My paralegal responded to you on Oct. 5 (see attached). But you filed your Motion notwithstanding.

Please let me know if you agree to the following stipulation, and if so, we will prepare it and circulate for your signatures:

(1) Motion is deemed withdrawn and moot until the parties confer and agree as to whether any amendments can cure the alleged defects; (2) unless you have more to add, I will use your Motion as the guide for the alleged defects in the FAC; and (3) I will provide a written response to the issues identified in the Motion and/or the proposed amendments to be made, on or before Oct. 29, and you can re-file your motion to dismiss thereafter, if the issues remain.

**Raees Mohamed, Esq.**
**Partner**
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,

Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Bennet Kelley <bennetkelley@outlook.com> on behalf of Bennet Kelley <bkelley@internetlawcenter.net>
**Sent:** Monday, October 18, 2021 12:53 PM
**To:** Raees Mohamed <raees@rmwarnerlaw.com>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>; info@shankerlaw.com <info@shankerlaw.com>
**Subject:** RE: Mito Red Light, Inc. v. Platinum LED Lights et al.

My September 28th letter detailed the deficiencies in your clients' complaint as to each cause of action (except for the injunction and aiding and abetting which are derivative of the claims discussed) and indicated that a motion would be filed.  In the two weeks after my letter to you, I never received a substantive response after I clearly indicated that we would file a motion if the case was not dismissed.  You were aware of the pending response times and I am not aware of you expressing any willingness to extend the time to respond to allow for such a discussion.  (I do not recall receiving your vacation notice but I take your word for it that it was sent.)

If you wish to amend, I have no objection and you may do so as a matter of course under Rule 15 which would take my motion off calendar.

What is it that you believe I should have done?  Either then or now, if you believe no amendment is required, then we would be in this exact position.  If you believe that the complaint can/should be amended to remedy such defects then you are free to do so.  As a result, I fail to see how your client is prejudiced by my client proceeding as indicated in the absence of a substantive response from you.  Nonetheless, should you wish to discuss the matter, I am happy to extend the time for your client's response.

Finally, I have spoken with Arizona practitioners and they concur with my assessment.


Very truly yours,

## *Bennet G. Kelley*

Internet Law Center
100 Wilshire Blvd. Suite 700
Santa Monica, CA 90401
(p) (310) 452-0401
(c) (310) 403-7741
(f) (702) 924-8740
(Skype) bennet.kelley
www.internetlawcenter.net
Tw: @InternetLawCent

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

---

**From:** Raees Mohamed <raees@rmwarnerlaw.com>
**Sent:** Monday, October 18, 2021 8:29 AM
**To:** info@shankerlaw.com; Bennet Kelley <bkelley@internetlawcenter.net>
**Cc:** Anne Griffith <Anne@rmwarnerlaw.com>; Sara Lichterman <sara@rmwarnerlaw.com>
**Subject:** Mito Red Light, Inc. v. Platinum LED Lights et al.

Ms. Shanker and Mr. Kelley:

 Before you filed your Motion to Dismiss, you were required to (1) notify "the opposing party of the issues asserted in the motion," and (2) the parties must be "unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party." L.R.Civ. 12.1(c). Your certification to the Court is a gross misrepresentation that your meet and confer obligations were met, when they clearly were not. Instead, what you did, is you sent a demand letter asking me to dismiss the Complaint. The demand lacked sufficient detail of the issues that your Motion later introduced for the first time. You ignored my office's notice to you, that I was out on vacation and would not be able to get back to you before your arbitrary deadline, and you filed your Motion anyway. You did not meet the requirements to meet and confer, and you certainly did not receive any communication from me stating that we would not cure any of the alleged defects -- yet you filed your LR 12.1 certificate stating I did. Any Arizona practioner knows that this does not come close to meeting your obligation to meet and confer. It's also obvious that your demand letter fails to cover a substantial portion of issues you raised in your Motion for the first time.


Instead of filing a motion to strike and seeking fees for your willful failure to comply with LR 12.1, and misrepresentations to the Court, I am asking that you stipulate as follows: (1) withdraw your motion;

(2) conduct a proper meet and confer related to the complete set of issues (not your demand letter) identified in your motion - this can be done via written means; and (3) only after we have concluded that amendments will or will not cure the alleged defects, and after an opportunity to file an amended complaint, will you then consider filing a motion to dismiss.

Please let me know by **3:30 pm today** if you are willing to stipulate to the above. Otherwise, I will file my motion to strike, controverting certificate, and seek fees.

**Raees Mohamed, Esq.**
**Partner**
**RM Warner P.L.C.**
8283 North Hayden Road Ste. 229,

Scottsdale, AZ 85258
Phone: (480)-331-9397
Fax: 866-961-4984
www.rmwarnerlaw.com



Follow us on Facebook, Instagram, Twitter, and Linkedin to learn more.

Please confirm receipt of all time sensitive or important information sent by email. We are not responsible for e-mail not received due to excessive email or strong spam filters.  This message and the information in it are attorney/client privileged and confidential. Use by anyone other than the intended recipient is strictly prohibited. Unless we have formally agreed to be retained by you as your attorney we are not your attorney and nothing in this e-mail is legal advice.  Circular 230 Disclosure: Nothing herein is intended to convey an expression of an opinion as to the likelihood that a tax position would ultimately prevail if challenged by the IRS. Nothing herein was written, nor can it be used by the recipient or anyone else, for protection from penalties that might be imposed by the IRS. This e-mail is intended solely for the recipient to which it is addressed, and no-one else should rely on this e-mail. The person to which this e-mail is addressed is under no obligation to keep this email confidential.  We are a debt relief agency. We provide assistance with respect to credit defaults, mortgage foreclosures, eviction proceedings, excessive debt, debt collection pressure or inability to pay any consumer debt. We help people file for bankruptcy relief under the Bankruptcy Code.  If this communication concerns negotiation of a contract or agreement, the Uniform Electronic Transactions Act does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.